Lynn S. JOWERS, Plaintiff–Appellant,

v.

LAKESIDE FAMILY & CHILDREN'S SERVICES, INC.

No. 06–3234–cv.

United States Court of Appeals, Second Circuit.

May 29, 2007.

Lynn S. Jowers, pro se, for Appellant.

Joseph M. Martin, Jackson Lewis, LLP, White Plains, NY., for Appellee.

PRESENT: JOSEPH M. McLAUGHLIN, JOSÉ A. CABRANES, Circuit Judges, and RICHARD W. GOLDBERG Judge.[*]

### SUMMARY ORDER

Plaintiff Lynn S. Jowers appeals *pro se* from a decision of the District Court granting defendant's motion for dismissal of plaintiff's complaint on the grounds that the complaint was time-barred and equitable tolling was not warranted. Plaintiff's complaint alleged that defendant, his former employer, violated his rights under the Americans with Disabilities Act of 1990 ("ADA") by failing to accommodate his disability and terminating his employment because of his disability. We assume the parties' familiarity with the facts, the issues on appeal and the procedural history.

Having carefully reviewed all of plaintiff's arguments, we affirm the District Court's decision for substantially the same reasons set forth in that decision.

We have considered all of plaintiff's arguments on appeal and find them to be without merit. Accordingly, we hereby AFFIRM the judgment of the District Court.